FILED

NOV 20 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
  vs. )
)   Case No. 13-30267-DRH
)
KEVIN D. DOWELL, )   Title 18, United States Code,
)   Section 1343
       Defendant. )

## INDICTMENT

**THE GRAND JURY CHARGES:**

**Introduction to the Scheme to Defraud and Embezzle from the FKG Oil Company**

At all relevant times:

1.   FKG Oil Co. is in the business of selling gasoline and merchandise out of approximately 70 convenience stores across 6 states and employs approximately 800 people. While operations are spread out throughout the Midwest, all corporate employees work out of the headquarters at 721 West Main in Belleville, Illinois.

2.   **KEVIN D. DOWELL** was the Manager for the Human Resources Department for FKG Oil Co. since February 2007. **DOWELL's** job responsibilities included handling workers' compensation claims, certain discipline issues, selected store performance reviews, FMLA, COBRA, and HIPPA matters. It was generally a "desk" job working from the FKG Oil Co. office in Belleville, Illinois.

3.   From mid-2010 through early April 2013, **KEVIN D. DOWELL** falsified mileage on his expense reports for personal gain. He would claim he had driven his personal vehicle to other FKG locations at varying amounts of miles when in fact he had not driven anywhere. In certain instances he forged the signature of his direct supervisor on his expense reports ensuring

1

no one would notice the expenses. Additionally, **KEVIN D. DOWELL** had an FKG Oil Co. Visa credit card that was only to be used for FKG official travel and general business expenses. **KEVIN D. DOWELL** placed personal fuel charges on the company's VISA credit card.

4. When **KEVIN D. DOWELL** submitted a falsified expense report to FKG Oil Co., an employee of the company would key the reports into a computer that would transfer the funds from the company's bank account to be directly deposited into the bank account of **KEVIN D. DOWELL.** This direct deposit of funds constituted wire communications in interstate commerce which were foreseeable in the ordinary course of business.

4. A scheme to defraud is a scheme that is intended to deceive or cheat another and to obtain money or property or cause the loss of money or property to another.

## COUNT 1

### Foreseeable Interstate Wire Communication in Furtherance of Scheme to Defraud and Embezzle from the FKG Oil Company

1. The allegations set forth in paragraphs one through four are incorporated by reference.

2. On or about February 1, 2012, in St. Clair County within the Southern District of Illinois, and elsewhere,

**KEVIN D. DOWELL,**

the defendant, for purposes of executing, and attempting to execute the above-described scheme and artifice to defraud and deprive, knowingly caused to be transmitted a wire communication in interstate commerce which was foreseeable in the ordinary course of business, namely, the submission of a fraudulent expense report in the Southern District of Illinois that caused an

2

electronic transmission for a funds transfer that occurred through a financial institution in Missouri.

All in violation of Title 18, United States Code, Section 1343.

**A TRUE BILL**

███████████
FOREPERSON

*[signature]*
STEPHEN R. WIGGINTON
United States Attorney
Southern District of Illinois

*[signature]*
NORMAN R. SMITH
Assistant United States Attorney

Recommended bond: $25,000 unsecured.