# FINANCIAL AFFIDAVIT

CJA 23

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) | |
|---|---|---|

IN THE CASE OF: US vs. Dowell

FOR

AT

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name): Kevin D. Dowell

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)_____

**DOCKET NUMBERS**

Magistrate

District Court: 13-30267-DRH

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box → ) ☒ Felony ☐ Misdemeanor

18 USC §1343

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
Name and address of employer: Olive Garden — Maplewood MO
IF YES, how much do you (varies) earn per month? $ ~1500 - 2000/m   IF NO, give month and year of last employment. How much did you earn per month? $_____

If married is your Spouse employed? ☐ Yes ☐ No N/A
IF YES, how much does your Spouse earn per month $_____   If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED $ Total 1000   & IDENTIFY THE SOURCES: unemployment for 2 months

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $_____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

| VALUE | DESCRIPTION |
|---|---|
| $ 135k | 8533 Pilot St Louis — mtg — 140k |
| 100 | 08 Kia Sportage — probably totaled (junk value) |
| 1500 | 98 Sunfire |

**DEPENDENTS**

MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR
☒ DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Mortgage w/ insurance | $_____ | $ 1100 |
| utilities | $_____ | $ ~200/mo |
| past medical | $ 1200? | $_____ |
| credit cards | $ 2000? | $_____ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Kevin D. Dowell

12-12-13

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT OR BOTH.